IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: )
                                  )    A04-81037-J
LATEICE RENEE BUMPERS )
                                  )    CHAPTER 13
                                  )
                                  )
       DEBTOR(S) )

MOTION TO DISMISS BY THE CHAPTER 13 TRUSTEE

     Comes now Nancy J. Whaley in the above styled matter, and respectfully shows the Court as follows:

     Debtor filed a petition for relief under Chapter 13 on Dec 17, 2004.

     The debtor's payments under the proposed plan are not current. As of Aug 31, 2006, the Trustee has received a total of 8,820.00 . The Trustee records indicate the amount delinquent is 3,780.00 . A receipt history is attached and marked exhibit "A".

     Wherefore, your Trustee prays the case be DISMISSED
Dated this 5TH day of SEPTEMBER , 2006.

                                 / S /
                                 NANCY J. WHALEY
                                 STATE BAR NO. 377941

Nancy J. Whaley
Standing Chapter 13 Trustee
SunTrust Plaza Garden Offices, Suite 120
303 Peachtree Center Ave.
Atlanta, Georgia 30303
678-992-1201

EXHIBIT "A"

```
CASE NO: 04-81037                              08/31/2006
LATEICE RENEE BUMPERS

                    RECEIPT HISTORY

DATE              TYPE                    SOURCE          AMOUNT

Feb 07, 2005    EMPLOYER PAYROLL DED    28342             630.00
Feb 22, 2005    EMPLOYER PAYROLL DED    30199             630.00
Mar 21, 2005    EMPLOYER PAYROLL DED    33107             630.00
Apr 21, 2005    EMPLOYER PAYROLL DED    36015             630.00
May 23, 2005    EMPLOYER PAYROLL DED    41266             630.00
Jun 15, 2005    EMPLOYER PAYROLL DED    43611             630.00
Jul 14, 2005    EMPLOYER PAYROLL DED    46097             630.00
Aug 15, 2005    EMPLOYER PAYROLL DED    48610             315.00
Sep 14, 2005    EMPLOYER PAYROLL DED    50811             315.00
Oct 17, 2005    MONEY ORDER FROM DEB    4722307279        630.00
Jan 30, 2006    MONEY ORDER FROM DEB    44256582865       890.00
Jan 30, 2006    MONEY ORDER FROM DEB    44256582854     1,000.00
Mar 06, 2006    EMPLOYER PAYROLL DED    40025354          630.00
Mar 30, 2006    EMPLOYER PAYROLL DED    40029227          630.00
                                                     _____
                                                       8,820.00
```

```
                    IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

     IN RE:                             )        CHAPTER 13
                                        )
     LATEICE RENEE BUMPERS              )        A04-81037-J
                                        )
                                        )
                                        )
                 DEBTOR(S)               )
                                        )
              NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS CASE
```

A hearing will be held on September 27, 2006 AT 1:45 PM in **COURTROOM 1404 OF THE RICHARD RUSSELL BUILDING 75 SPRING STREET, ATLANTA, GA.** Failure to appear at the hearing or failure to resolve the matter prior to the hearing may result in dismissal of your case.

**Dated this** 5TH **day of** SEPTEMBER , 2006.

/ S /  _____
NANCY J. WHALEY
STATE BAR NO. 377941


Nancy J. Whaley
Standing Chapter 13 Trustee
SunTrust Plaza Garden Offices, Suite 120
   303 Peachtree Center Ave.
   Atlanta, Georgia 30303
       678-992-1201

CERTIFICATE OF SERVICE

This is to certify that I have this day served:

LATEICE RENEE BUMPERS
1823 SPRING HILL COVE
LITHONIA, GA 30058


KING & KING
215 PRYOR STREET
ATLANTA, GA 30303


IN THE FOREGOING MATTER WITH A COPY OF THE TRUSTEE'S
MOTION TO DISMISS AND NOTICE OF HEARING ON MOTION TO DISMISS
BY DEPOSITING A COPY OF THE SAME IN THE UNITED STATES MAIL
IN A PROPERLY ADDRESSED ENVELOPE WITH ADEQUATE POSTAGE.

THIS 5TH  DAY OF   SEPTEMBER  ,  2006.


                                        / S /_____
                                        NANCY J. WHALEY
                                        STATE BAR NO. 377941




    NANCY J. WHALEY
  Standing Chapter 13 Trustee
SunTrust Plaza Garden Offices, Suite 120
    303 Peachtree Center Ave.
   Atlanta, Georgia 30303
         678-992-1201