IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

Lateice Renee Bumpers,
    Debtor

CHAPTER 13

CASE NO. A04-81037

JUDGE MASSEY

### DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS

COMES NOW Debtor, and makes this response to Trustee's Motion to Dismiss this case.

Debtor shows this Court that this Chapter 13 Plan will be amended to comply with requirements of the Bankruptcy Code.

WHEREFORE, Debtor prays that this Case not be dismissed and for such other and further relief as the Court deems equitable and just.

Respectfully submitted,
KING & KING, P.C.

_____/S_
Marsha King, Attorney for Debtor
GA Bar #421125
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
bankruptcy20030@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

Lateice Renee Bumpers,
    Debtor

CHAPTER 13

CASE NO. A04-81037

JUDGE MASSEY

CERTIFICATE OF SERVICE

The undersigned hereby certifies:

That I am more than 18 years of age, and that on this day I served a copy of the within Debtor's Response to Trustee's Motion to Dismiss filed in this bankruptcy case upon the following, by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to:

Lateice Bumpers
1823 Springhill Cove
Lithonia, GA  30058

Nancy J. Whaley, Chapter 13 Trustee
303 Peachtree Center Avenue Suite 120
Atlanta, GA 30303

Thursday, September 07, 2006

By:_____/S
King & King P.C.
Erica Dean, Clerk
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
bankruptcy20030@aol.com